IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

SHANNON BAUM,

    Plaintiff,

v.                           No. 13-CV-01060 RB/GBW

OFFICER MICHELLE ORTEGA, OFFICER MARTIN VIGIL,
OFFICER GREG ESPARZA, and JOHN DOES 1 THROUGH 10
in his/her official capacity as employees/law enforcement officer of
Espanola City Police Department, ESPANOLA POLICE
DEPARTMENT, a Department of the City of Espanola,
State of New Mexico; and THE CITY OF ESPANOLA, State of
New Mexico, County of Rio Arriba, State of New Mexico,

    Defendants.

## JUDGMENT ON THE PLEADINGS IN FAVOR OF DEFENDANTS ON PLAINTIFF'S SECOND AND THIRD CAUSE OF ACTION

**THIS MATTER** having come before this Court on the Defendants' Unopposed Motion for Judgment on the Pleadings as to Counts Two and Three of Plaintiff's Complaint, the Court having read the motion and noting that the parties agree that the statute of limitations has expired as to Plaintiff's second and third cause of action, and being otherwise fully advised in the matter hereby finds that the motion should be granted.

**IT IS THEREFORE ORDERED** that judgment is hereby entered in favor of the Defendants on Counts Two and Three of Plaintiff's Complaint.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE

Submitted by:
*/s/ Mark A. Basham*
Mark A. Basham
Basham & Basham, P.C.

Attorneys for the Defendants
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
mbasham@bbpcnm.com

Approved by:
***<u>Telephonically approved 1-23-14</u>***
Daniel R. Marlowe
P.O. Box 8207
Santa Fe, NM  87504-8207
Attorney for Plaintiff
lawdanmarl@aol.com