IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**SHANNON BAUM,**

    Plaintiff,

v.                                     No. 13-CV-01060 RB/KK

**OFFICER MICHELLE ORTEGA, OFFICER MARTIN VIGIL,
OFFICER GREG ESPARZA, and JOHN DOES 1 THROUGH 10**
in his/her official capacity as employees/law enforcement officer of
Espanola City Police Department, **ESPANOLA POLICE
DEPARTMENT**, a Department of the City of Espanola,
State of New Mexico; and **THE CITY OF ESPANOLA**, State of
New Mexico, County of Rio Arriba, State of New Mexico,

    Defendants.

## UNOPPOSED MOTION TO EXCUSE OFFICER MARTIN VIGIL

**COME NOW** the Defendants by and through their counsel of record Basham & Basham, P.C. (Mark A. Basham) and move this Court to excuse Officer Martin Vigil from the requirement that he personally attend the Settlement Conference set for October 2, 2014 in the above captioned matter and as grounds therefore state as follows:

    1. Officer Martin Vigil is no longer employed by the Espanola Police Department and has not been since January 2012.

    2. Officer Martin Vigil is now employed by the New Mexico State Police and is stationed in Tucumcarri, New Mexico, which would require an eight hour drive round trip to attend the Settlement Conference.

    3. Officer Martin Vigil has asked his counsel to request that his attendance not be required.

    4. Plaintiff's counsel does not oppose this motion.

WHEREFORE the Defendants respectfully request that this Court excuse Officer Martin Vigil from the requirement that he attend the Settlement Conference in the above captioned matter.

Respectfully Submitted by:

BASHAM & BASHAM, P.C.

*/s/ Mark A. Basham*
Mark A. Basham
2205 Miguel Chavez, Suite A.
Santa Fe, New Mexico 87505
(505) 988-4575
mbasham@bbpcnm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of September, 2014, I filed the foregoing Unopposed Motion to Excuse Officer Martin Vigil which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Daniel R. Marlowe
P.O. Box 8207
Santa Fe, NM 87504-8207
Attorney for Plaintiff
dan@danmarlowelaw.com

*/s/ Mark A. Basham*
Mark A. Basham