# CLERK'S MINUTES REGARDING
# PRE-SETTLEMENT CONFERENCE

**NAME OF CASE**:   *Baum v. Ortega, et al.*

**USDC NO**.  13-1060  RB/KK                              **X**   JURY        ___ NON-JURY

A Pre-Settlement Conference was held before Magistrate Judge Kirtan Khalsa beginning at 2:00 p.m. on November 24, 2014.

**APPEARANCES:**

**For Plaintiff:**

Daniel Marlowe

**For Defendants:**

Mark Basham

**RESULTS OF PRE- SETTLEMENT CONFERENCE**:

Attorney Basham will provide to the Court before Thursday, November 26, 2014, deposition transcripts for Plaintiff Baum, Defendant Ortega, and Defendant Esparza. Attorney Basham will also provide incident reports. The documents can be submitted to kkproposedtext@nmcourt.fed.us.

**TIME SPENT IN PRE-SETTLEMENT CONFERENCE:**        15 Minutes