IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SHANNON BAUM,

    Plaintiff,

v.                                              No. 13-CV-01060 RB/KK

OFFICER MICHELLE ORTEGA, OFFICER MARTIN VIGIL,
OFFICER GREG ESPARZA, and JOHN DOES 1 THROUGH 10
in his/her official capacity as employees/law enforcement officer of
Espanola City Police Department, ESPANOLA POLICE
DEPARTMENT, a Department of the City of Espanola,
State of New Mexico; and THE CITY OF ESPANOLA, State of
New Mexico, County of Rio Arriba, State of New Mexico,

    Defendants.

## NOTICE OF COMPLETION OF BRIEFING
## FOR DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT
## AGAINST SHANNON BAUM

COME NOW Defendants, Officer Michelle Ortega, Officer Martin Vigil, Officer Greg Esparza, Espanola Police Department and the City of Espanola (hereinafter "City of Espanola Defendants"), by and through their counsel of record, Basham & Basham, P.C. (Mark A. Basham) and notify the Court that Defendants' Motion for Partial Summary Judgment Against Plaintiff Shannon Baum is fully briefed and ready for decision. Documents related to this Motion include:

1. Defendants' Motion for Partial Summary Judgment Against Plaintiff Shannon Baum, filed on October 28, 2014 [Doc. 45];

2. Plaintiff Shannon Baum Answer to Defendant's Motion for Summary Judgment, filed on November 10, 2014 [Doc. 46], and

3. Reply in Support of Defendants' Motion for Partial Summary Judgment Against Shannon Baum, filed on November 24, 2014 [Doc. 47].

Respectfully submitted,

*/s/ Mark A. Basham*
Mark A. Basham
Basham & Basham, P.C.
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
mbasham@bbpcnm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of December, 2014, I filed the foregoing Notice of Completion of Briefing of Defendants' Motion for Partial Summary Judgment Against Shannon Baum electronically through the CM/ECF System, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

*/s/ Mark A. Basham*
Mark A. Basham