IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANNON BAUM,

    Plaintiff,

v.                                                                              No. CIV 13-1060 RB/KK

OFFICER MICHELLE ORTEGA, OFFICER
MARTIN VIGIL, OFFICER GREG EZPARAZA,
and JOHN DOES 1 through 10, In his/her official
capacity as employees/law enforcement officer of
Espanola City Police Department, ESPANOLA
POLICE DEPARTMENT, a Department of the City
of Espanola, State of New Mexico, and THE CITY
OF ESPANOLA, State of New Mexico, County of
Rio Arriba, State of New Mexico,

    Defendants.

## JUDGMENT

**THE COURT**, having issued a Memorandum Opinion and Order, enters this judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Judgment is entered in favor of Defendant and against Plaintiff.

                                                             _____
                                                             **ROBERT C. BRACK**
                                                            **UNITED STATES DISTRICT JUDGE**